**EXHIBIT A**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

| | | |
|---|---|---|
| FREDDY FIENGO, | | Plaintiff designates Suffolk County as the place of Trial. |
| | Plaintiff(s), | The basis of the venue is plaintiff's residence. |
| -against- | | |
| STARBUCKS CORP., | | SUMMONS |
| | Defendant(s). | Plaintiff resides at 61 West Tiana Road Hampton Bays, NY 11946 |

**To the above named Defendant(s):**

YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy

of your answer, or, if the complaint is not served with this summons, to serve a notice of

appearance on the Plaintiff's Attorney within 20 days after the service of this summons,

exclusive of the day of service (or within 30 days after the service is complete if this summons

is not personally delivered to you within the State of New York); and in case of your failure to

appear or answer, judgment will be taken against you by default for the relief demanded in the

complaint. In the event that Article 16 of the CPLR applies, this case falls within an exception

to the same.

Dated: New York, New York
November 2, 2021

Yours, etc.,

BY

Mr. Thomas P. Markovits OF
MIRMAN, MARKOVITS & LANDAU, P.C.
Attorney for Plaintiff(s)
Office and Post Office Address
291 Broadway - 6th Floor
New York, New York 10007
Tel. No.: (212) 227-4000
File No.: 300773
NO SERVICE BY FAX ACCEPTED

Defendant(s)' Address(es):
STARBUCKS CORP.
29 Hampton Road
Southampton, NY 11968

PLEASE FORWARD TO YOUR INSURANCE COMPANY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

FREDDY FIENGO,

Plaintiff(s),

COMPLAINT

-against-

STARBUCKS CORP.,

Defendant(s).

Plaintiffs, by their attorney, **MIRMAN, MARKOVITS & LANDAU, P.C.,** for their

complaint against the Defendants, allege as follows:

### AS AND FOR A FIRST CAUSE OF ACTION
### ON BEHALF OF FREDDY FIENGO

1. Upon information and belief, at all the dates and times hereinafter mentioned, defendant

Starbucks Corp., owned premises known as 29 Hamptons Road, County of Suffolk, State of New

York.

2. Upon information and belief, at all the dates and times hereinafter mentioned, defendant

Starbucks Corp. operated premises known as 29 Hamptons Road, County of Suffolk, State of New

York.

3. Upon information and belief, at all the dates and times hereinafter mentioned, the

Defendant Starbucks Corp. controlled premises known as 29 Hamptons Road, County of Suffolk, State

of New York.

4. Upon information and belief, at all the dates and times hereinafter mentioned, the

Defendant Starbucks Corp. managed premises known as 29 Hamptons Road, County of Suffolk, State

of New York.

5. Upon information and belief, at all the dates and times hereinafter mentioned, the

Defendant Starbucks Corp. maintained premises known as 29 Hamptons Road, County of Suffolk,

State of New York.

6. Upon information and belief, at all the dates and times hereinafter mentioned, the Plaintiff was lawfully upon and at the premises known as 29 Hamptons Road, County of Suffolk, State of New York.

7. On or about October 6, 2021, at the premises known as 29 Hamptons Road, County of Suffolk, State of New York, Plaintiff Freddy Fiengo was caused to be injured.

8. That the aforesaid injuries to plaintiff Freddy Fiengo occurred solely and wholly through the negligence of the defendants, their agents, servants and employees, in the ownership, leasing, operation, maintenance, control and management of their respective premises and more particularly premises known as 29 Hamptons Road, County of Suffolk, State of New York, although said defendants knew or should have known of the dangers and hazards there existing and nonetheless failed to remedy same.

9. As a result of the aforesaid, the Plaintiff was rendered sick, sore, lame and disabled, was caused to suffer great pain, was and is internally and externally injured, will continue to endure great pain and suffering, and has sustained and will continue to sustain special damages, all to Plaintiff's damage.

10. That as a result of the foregoing, the defendant acted recklessly and wantonly and without any regard to the safety of Plaintiff.

WHEREFORE, Plaintiff(s) demand judgment against the defendants STARBUCKS CORP. on the First Cause of Action, Second Cause of Action and on the Third Cause of Action together with interest, costs and disbursements of this action. In the event that Article 16 of the CPLR applies, this case falls within an exception to the same.

Dated: New York, New York
November 2, 2021

Yours, etc.,

MIRMAN, MARKOVITS & LANDAU, P.C.
Attorney for Plaintiff(s)
Office and Post Office Address
291 Broadway - 6th Floor
New York, New York 10007
Tel. No.: (212) 227-4000
File No.: 300773
NO SERVICE BY FAX ACCEPTED

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF SUFFOLK

FREDDY FIENGO,

Plaintiff(s),

-against-

STARBUCKS CORP.,

Defendant(s).

## **SUMMONS & COMPLAINT**

**MIRMAN, MARKOVITS & LANDAU, P.C.**
291 Broadway - 6th Floor
New York, New York 10007
Tel. No. (212) 22-4000

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

_____

FREDDY FIENGO                                          X

                                    Plaintiff(s),          Index No.:


                 -against-


STARBUCKS CORP.

_____

                         Defendant(s),    X

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

You have received this Notice because:

   1) The Plaintiff(s), whose name is listed above, has filed this case using the New York State
   Courts E-filing system ("NYSCEF"), and

   2) You are a Defendant (a party) in this case.

• **If you are represented by an attorney**:
Give this Notice to your attorney.  (Attorneys: see "Information for Attorneys" pg. 2).

• **If you are not represented by an attorney**:
You will be served with all documents in paper and you must serve and file your documents
in paper, unless you choose to participate in e-filing.

If you choose to participate in e-filing, you must have access to a computer and a scanner
or other device to convert documents into electronic format, a connection to the internet,
and an e-mail address to receive service of documents.

The benefits of participating in e-filing include:

         • serving and filing your documents electronically

         • free access to view and print your e-filed documents

         • limiting your number of trips to the courthouse

         • paying any court fees on-line (credit card needed)

To register for e-filing or for more information about how e-filing works:
   • visit: www.nycourts.gov/efile-unrepresented or
   • contact the Clerk's Office or Help Center at the court where the case was filed.  Court
contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

### Information for Attorneys
### (E-filing is Mandatory for Attorneys)

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated:

Mr. Thomas P. Markovits                           291 BROADWAY 6TH FL
Name                                              Address

MIRMAN, MARKOVITS & LANDAU                        NEW YORK, NY 10007
Firm Name

                                                  212-227-4000
                                                  Phone

_____
E-Mail

To:    DEFENDANT(S)

_____

_____

6/6/18

Index #                          Page 2 of 2                     EFM-1



ATTORNEY(s) : Mirman, Markovitz, & Landau, P.C.

INDEX # : 608489/2022

PURCHASED/FILED : May 2, 2022

STATE OF : New York

COURT : Supreme

COUNTY/DISTRICT : Suffolk

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Freddy Fiengo

Plaintiff(s)

against

Starbucks Corp.

Defendant(s)

| STATE OF NEW YORK )  COUNTY OF ALBANY  )SS  CITY OF ALBANY      ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 60 yrs |
|---|---|---|

Weight: 120 lbs  Height: 5' 1"  Sex: Female  Color of skin: White

Hair color: Brown  Other:

**Robert Guyette** , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **May 10, 2022** , at **12:50 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons and Complaint with Notice of Electronic Filing**

on

**Starbucks Corp.**

,

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of May 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

**Invoice·Work Order #** 2216234
Attorney File # **6691059**

FILED: SUFFOLK COUNTY CLERK 05/17/2022 03:23 PM INDEX NO. 608489/2022

NYSCEF DOC. NO. 3    Case 2:22-cv-04161-JS-JMW    Document 1-1    Filed 07/15/22    Page 10 of 24 PageID #: 14    RECEIVED NYSCEF: 05/17/2022

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** _____

### STATEMENT OF AUTHORIZATION FOR
### ELECTRONIC FILING
**(Managing Attorney Authorizing Filing Agent Entity)**

I, __Thomas P. Markovits__ Esq., ( Attorney Registration No. __167015__ ) am the managing attorney of/attorney in charge of e-filing for __Mirman,__ __Markovits & Landau P.C.__ (the "Firm"). I hereby acknowledge and represent that the attorneys in the Firm who are authorized users of the New York State Electronic Filing System ("NYSCEF") hereby authorize any employee of __PM Legal__ who possesses a NYSCEF filing agent ID to file documents on their behalf and at their direction, as a filing agent, in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which these attorneys have previously consented to e-filing or may hereafter consent, to any mandatory matter in which they have recorded their representation, and to any matter in which they authorize the filing agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account the Firm maintains with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: ___10/27/2016___

_____        __NY, NY 10007__
Signature                        City, State and Zip Code

__Thomas P. Markovits__          __212-227-4000__
Print Name                       Phone

Case 2:22-cv-04161-JS-JMW   Document 1-1   Filed 07/15/22   Page 11 of 24 PageID #: 15

Mirman Markovits                    tmarkovits@gmail com
**Firm/Department**                  **E-Mail Address**

291 Broadway
**Street Address**

(6/6/13)

Case 2:22-cv-04161-JS-JMW   Document 1-1   Filed 07/15/22   Page 12 of 24 PageID #: 16

THE STATE OF NEW YORK
SUPREME COURT : COUNTY OF SUFFOLK

FREDDY FIENGO,

                Plaintiff,

v.

STARBUCKS CORP.,

                Defendant.

**ANSWER**

Index No.: 608489/2022

Defendant, Starbucks Corporation d/b/a Starbucks Coffee Company (sued herein as "Starbucks Corp.") ("Starbucks"), by its attorneys, Goldberg Segalla LLP, responds to Plaintiff's Complaint as follows:

1.      Starbucks denies the allegations contained in paragraph 1 of the Complaint.

2.      In response to paragraph 2 of the Complaint, Starbucks admits only that at certain times not specifically set forth in the complaint, Starbucks operated a coffee shop at 29 Hampton Road, Southampton, New York, and denies any remaining allegations contained within paragraph 2 of the Complaint.

3.      Starbucks denies the allegations contained in paragraph 3 of the Complaint.

4.      Starbucks denies the allegations contained in paragraph 4 of the Complaint.

5.      Starbucks denies the allegations contained in paragraph 5 of the Complaint.

6.      Starbucks denies having knowledge or information sufficient to form a belief as to the allegations contained in paragraph 6 of the Complaint.

7.      Starbucks denies the allegations contained in paragraph 7 of the Complaint.

8.      Starbucks denies the allegations contained in paragraph 8 of the Complaint.

9.      Starbucks denies the allegations contained in paragraph 9 of the Complaint.

10.      Starbucks denies the allegations contained in paragraph 10 of the Complaint.

11.      Starbucks denies each and every other allegation of the Complaint not previously admitted, denied, or otherwise controverted.

9

33417633.v1

Case 2:22-cv-04161-JS-JMW   Document 1-1   Filed 07/15/22   Page 13 of 24 PageID #: 17

## AS AND FOR A FIRST SEPARATE AND COMPLETE
## AFFIRMATIVE DEFENSE, STARBUCKS
## ALLEGES, UPON INFORMATION AND BELIEF:

12.     The injuries and/or damages alleged in the Plaintiff's Complaint were caused in whole or in part by the culpable conduct, want of care and assumption of risk on the part of the Plaintiff, and without negligence, fault or want of care on the part of Starbucks.

## AS AND FOR A SECOND SEPARATE AND COMPLETE
## AFFIRMATIVE DEFENSE, STARBUCKS
## ALLEGES, UPON INFORMATION AND BELIEF:

13.     If Starbucks is found liable to the Plaintiff, its responsibility for the accident is less than fifty-one percent (51%) of the total liability assigned to all persons liable and, therefore, any recovery by Plaintiff for non-economic loss against Starbucks should be limited to its percentage of liability.

## AS AND FOR A THIRD SEPARATE AND COMPLETE
## AFFIRMATIVE DEFENSE, STARBUCKS
## ALLEGES, UPON INFORMATION AND BELIEF:

14.     The Plaintiff's Complaint fails to state a cause of action against Starbucks.

## AS AND FOR A FOURTH SEPARATE AND COMPLETE
## AFFIRMATIVE DEFENSE, STARBUCKS
## ALLEGES, UPON INFORMATION AND BELIEF:

15.     The Plaintiff's injuries, if any, were caused in whole or in part by a person or persons who are not within the control of Starbucks.

## AS AND FOR A FIFTH SEPARATE AND COMPLETE
## AFFIRMATIVE DEFENSE, STARBUCKS
## ALLEGES, UPON INFORMATION AND BELIEF:

16.     That pursuant to §4545 and other applicable sections of the CPLR, Starbucks is entitled to a set off against the amount of any verdict of any monies collected from a collateral source of payment as set forth in said law.

10

Case 2:22-cv-04161-JS-JMW Document 1-1 Filed 07/15/22 Page 14 of 24 PageID #: 18

**AS AND FOR A SIXTH SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, STARBUCKS
ALLEGES, UPON INFORMATION AND BELIEF:**

17. Plaintiff has failed to mitigate his damages.

**AS AND FOR A SEVENTH SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, STARBUCKS
ALLEGES, UPON INFORMATION AND BELIEF:**

18. Upon information and belief, the underlying incident and alleged resulting

injuries were not proximately caused by any action or inaction of Starbucks.

**AS AND FOR AN EIGHTH SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, STARBUCKS
ALLEGES, UPON INFORMATION AND BELIEF:**

19. Upon information and belief, the conduct of the Plaintiff constituted the sole

proximate cause of the incident.

**AS AND FOR A NINTH SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, STARBUCKS
ALLEGES, UPON INFORMATION AND BELIEF:**

20. Starbucks is entitled to the protection, provisions, and limitations of Section 15-

108 of the General Obligations Law of the State of New York.

**AS AND FOR A TENTH SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, STARBUCKS
ALLEGES, UPON INFORMATION AND BELIEF:**

21. All risks and dangers at the time and place set forth as the location of the incident

as alleged in the Complaint were open, obvious, and apparent.

**AS AND FOR A TWELFTH SEPARATE AND COMPLETE
AFFIRMATIVE DEFENSE, STARBUCKS
ALLEGES, UPON INFORMATION AND BELIEF:**

22. Starbucks reserves the right to assert additional affirmative defenses.

**WHEREFORE**, Starbucks demands judgment as follows:

    a.     Dismissing the plaintiff's Complaint, or

33417633.v1

Case 2:22-cv-04161-JS-JMW   Document 1-1   Filed 07/15/22   Page 15 of 24 PageID #: 19

   b.  Reducing Plaintiff's recovery in the proportion to which the Plaintiff's culpable conduct, assumption of risk, and want of care bears to the culpable conduct which caused the Plaintiff's damages,

   c.  Determining the ultimate rights and responsibilities of Starbucks, including costs, disbursements, and interest, or for such proportionate share as represents the amount, degree or kind of culpable conduct attributable to Starbucks; and

   d.  Limiting Plaintiff's recovery for non-economic loss against Starbucks to the percentage of responsibility attributed to Starbucks, if that percentage is less than fifty-one percent (51%), and

   e.  Such other and further relief as to this Court may seem just, proper, and equitable together with the costs and disbursements of this action.

Dated: Buffalo, New York
   May 20, 2022

         GOLDBERG SEGALLA LLP

         Joseph M. Hanna, Esq.
         *Attorney for Defendant*
         *Starbucks Corporation d/b/a*
         *Starbucks Coffee Company,*
         665 Main Street
         Buffalo, New York 14203
         (716) 566-5400
         jhanna@goldbergsegalla.com

TO:  Thomas P. Markovits, Esq.
    MIRMAN, MARKOVITS & LANDAU, PC
    291 Broadway – 6th Floor
    New York, New York 10007
    (212) 227-4000

33417633.v1

FILED: SUFFOLK COUNTY CLERK 05/24/2022 10:47 AM          INDEX NO. 608489/2022

NYSCEF DOC. NO. 5          Case 2:22-cv-04161-JS-JMW   Document 1-1   Filed 07/15/22   Page 16 of 24 PageID #: 20          RECEIVED NYSCEF: 05/24/2022

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| Index #: | **608489/2022** |
| Date Filed: | **May 2, 2022** |
| Court Date: | |
| Assigned Justice: | |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF SUFFOLK**

ATTORNEY(S):   PH:
ADDRESS:   File No.: 6691042

### FREDDY FIENGO

Plaintiff

VS.

### STARBUCKS CORP.,

Defendant

STATE OF New York   . COUNTY OF  SUFFOLK          SS.:

_____ Sean Terry _____ , being duly sworn deposes and says: Deponent is not a party herein. is over 18 years of age and resides in New York. On          **Friday, May 13, 2022**          at     **9:54 AM** .

at          **29 HAMPTON ROAD, SOUTHAMPTON, NY 11968**          deponent served the within

_____ NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND COMPLAINT _____

on:          **STARBUCKS CORP.,**

**Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

#1 CORPORATION  By delivering to and leaving with   **NICOLE CAMPBELL, Manager**  and that deponent knew the person so served to be the
[X]          authorized agent of the corporation. and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

#2 DESCRIPTION  Sex:  Female ____   Color of skin: __ White ___   Color of hair: __ Brown ____   Age: __ 25*35 ____   Height: __ 5ft4in-5ft8in __
[X]          Weight: ___ 100-130 lbs ____   Other Features:
(use with #1. 2 or 3)

#3 WIT. FEES          S the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#4 OTHER

Sworn to before me on 05/17/2022

**SUSAN CORTINA**
Notary Public, State of New York
No. 01CO6047509. Qualified in Suffolk County
Term Expires September 5, 2022

Sean Terry
Server's Lic #
InvoiceWorkOrder 2272365

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** _____

### STATEMENT OF AUTHORIZATION FOR
### ELECTRONIC FILING
**(Managing Attorney Authorizing Filing Agent Entity)**

I, __Thomas P. Markovits__ Esq., ( Attorney Registration No. __167015__ ) am the managing attorney of/attorney in charge of e-filing for __Mirman,__ __Markovits & Landau P.C.__ (the "Firm"). I hereby acknowledge and represent that the attorneys in the Firm who are authorized users of the New York State Electronic Filing System ("NYSCEF") hereby authorize any employee of __PM Legal__ who possesses a NYSCEF filing agent ID to file documents on their behalf and at their direction, as a filing agent, in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which these attorneys have previously consented to e-filing or may hereafter consent, to any mandatory matter in which they have recorded their representation, and to any matter in which they authorize the filing agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account the Firm maintains with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: ____10/27/2016____

_____          ____NY, NY  10007____
Signature                                                      City, State and Zip Code

____Thomas P. Markovits____               ____212-227-4000____
Print Name                                                   Phone

1 of 2

Case 2:22-cv-04161-JS-JMW   Document 1-1   Filed 07/15/22   Page 18 of 24 PageID #: 22

Mirman Markovits
Firm/Department

tmarkovits@gmail com
E-Mail Address

291 Broadway
Street Address

(6/6/13)

# AFFIDAVIT OF SERVICE

| | |
|---|---|
| | Index #: __608489/2022__ |
| **SUPREME COURT OF THE STATE OF NEW YORK** | Date Filed: __May 2, 2022__ |
| **COUNTY OF SUFFOLK** | Court Date: _____ |
| | Assigned Justice: _____ |

ATTORNEY(S):   PH:
ADDRESS:   File No.: 6691042

### FREDDY FIENGO

Plaintiff

*vs.*

### STARBUCKS CORP.,

Defendant

STATE OF New York      . COUNTY OF SUFFOLK      SS.:

_____ Sean Terry _____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York. On      **Friday, May 13, 2022**      at      **9:54 AM** .

at _____ **29 HAMPTON ROAD, SOUTHAMPTON, NY 11968** _____ deponent served the within

_____ **NOTICE OF ELECTRONIC FILING (MANDATORY CASE) (UNIFORM RULE 202.5-bb), SUMMONS AND COMPLAINT** _____

on: _____ **STARBUCKS CORP.,** _____

**Defendant** therein named.

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**#1 CORPORATION** By delivering to and leaving with __**NICOLE CAMPBELL, Manager**__ and that deponent knew the person so served to be the
[X]      authorized agent of the corporation, and said person stated that he/she was authorized to accept service on behalf of the corporation.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

**#2 DESCRIPTION** Sex: _Female_      Color of skin: __White__      Color of hair: __Brown__      Age: __25*35__      Height: _5ft4in-5ft8in_
[X]      Weight: __100-130 lbs__      Other Features:
(use with #1, 2 or 3)

**#3 WIT. FEES**      $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#4 OTHER**

Sworn to before me on 05/17/2022

_____
SUSAN CORTINA
Notary Public, State of New York
No. 01CO6047509, Qualified in Suffolk County
Term Expires September 5, 2022

_____
Sean Terry
Server's Lic #
InvoiceWorkOrder 2272365

**FILED: SUFFOLK COUNTY CLERK 06/28/2022 07:49 PM**
INDEX NO. 608489/2022

NYSCEF DOC. NO. 8
Case 2:22-cv-04161-JS-JMW Document 1-1 Filed 07/15/22 Page 20 of 24 PageID #: 24
RECEIVED NYSCEF: 06/28/2022

SUPREME COURT - SUFFOLK COUNTY

-------------------------------------------------------------------------X

FREDDY FIENGO,

Index No. : 608489/2022

              PLAINTIFF,

**REQUEST FOR**
      -against-                        **PRELIMINARY CONFERENCE**

STARBUCKS CORP.,

              DEFENDANT.

-------------------------------------------------------------------------X

The undersigned requests a preliminary conference.

The nature of the action is personal injury caused by defendants' negligence.

The names, addresses and telephone numbers of all attorneys appearing are:

MIRMAN, MARKOVITS & LANDAU, P.C.
**Attorney for Plaintiff(s)**
291 Broadway - 6th Floor
New York, New York 10007
TEL. NO.: (212) 227-4000

**Attorney(s) for Defendant(s):**
Goldberg Segalla, LLP
665 Main Street
Buffalo, New York 14203
(716) 566-5400

Dated: New York, New York                   Yours, etc.,
       June 24, 2022

                               MIRMAN, MARKOVITS & LANDAU, P.C.
                               ATTORNEYS FOR PLAINTIFF(S)

                               BY_____
                                   THOMAS P. MARKOVITS, ESQ.

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )

COUNTY OF NEW YORK )  ss.:

      MARIO VAZQUEZ, being duly sworn, deposes and says: deponent is not a party to the action, is over l8 years of age and resides at Jersey City, New Jersey.  On June 24, 2022, deponent served the within Request for Preliminary Conference & RJI upon:

Goldberg Segalla, LLP
665 Main Street
Buffalo, New York 14203
(716) 566-5400200

attorneys for the defendant(s) in this action at the address designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in -- a post office -- official depository under the exclusive care and custody of the United State Postal Service within New York State.

                                              MARIO VAZQUEZ

Sworn to before me this

June 24, 2022

THOMAS P. MARKOVITS
Notary Public, State of New York
No. 02MA6197 6P5
Qualified in New York County
Commission Expires Nov. 5, 2022

INDEX NO.: 608489/2022

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF SUFFOLK

FREDDY FIENGO,

PLAINTIFF,

-AGAINST-

STARBUCKS CORP.,

DEFENDANT.

## REQUEST FOR PRELIMINARY CONFERENCE and RJI

_____

MIRMAN, MARKOVITS & LANDAU, P.C.
**Attorney for Plaintiff(s)**
291 Broadway - 6th Floor
New York, New York 10007
TEL. NO.: (212) 227-4000

_____

INDEX NO. 608489/2022

## REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 02/01/2022)

**SUPREME** COURT, COUNTY OF **SUFFOLK**

Index No: 608489/2022    Date Index Issued: 05/02/2022

**For Court Use Only:**

| | |
|---|---|
| **CAPTION**   Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet. | IAS Entry Date |
| FREDDY FIENGO,  <br><br> Plaintiff(s)/Petitioner(s) | Judge Assigned |
| -against-  <br> STARBUCKS CORP.,  <br><br><br> Defendant(s)/Respondent(s) | RJI Filed Date |

### NATURE OF ACTION OR PROCEEDING    Check only one box and specify where indicated.

**COMMERCIAL**
- ○ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ○ Contract
- ○ Insurance (where insurance company is a party, except arbitration)
- ○ UCC (includes sales and negotiable instruments)
- ○ Other Commercial (specify): _____
  - *NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**TORTS**
- ○ Asbestos
- ○ Child Victims Act
- ○ Environmental (specify): _____
- ○ Medical, Dental or Podiatric Malpractice
- ○ Motor Vehicle
- ○ Products Liability (specify): _____
- ◉ Other Negligence (specify): Slip and fall
- ○ Other Professional Malpractice (specify): _____
- ○ Other Tort (specify):

**MATRIMONIAL**
- ○ Contested
  - *NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI ADDENDUM (UCS-840M).*
  - *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**REAL PROPERTY**   Specify how many properties the application includes: _____
- ○ Condemnation
- ○ Mortgage Foreclosure (specify):   ○ Residential   ○ Commercial
  - Property Address: _____
  - *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*
- ○ Partition
  - *NOTE: Complete and attach the PARTITION RJI ADDENDUM (UCS-840P).*
- ○ Tax Certiorari (specify):   Section:_____ Block:_____ Lot:_____
- ○ Tax Foreclosure
- ○ Other Real Property (specify): _____

**OTHER MATTERS**
- ○ Certificate of Incorporation/Dissolution  [see *NOTE* in **COMMERCIAL** section]
- ○ Emergency Medical Treatment
- ○ Habeas Corpus
- ○ Local Court Appeal
- ○ Mechanic's Lien
- ○ Name Change/Sex Designation Change
- ○ Pistol Permit Revocation Hearing
- ○ Sale or Finance of Religious/Not-for-Profit Property
- ○ Other (specify): _____

**SPECIAL PROCEEDINGS**
- ○ Child-Parent Security Act (specify): ○ Assisted Reproduction  ○ Surrogacy Agreement
- ○ CPLR Article 75 – Arbitration        [see *NOTE* in **COMMERCIAL** section]
- ○ CPLR Article 78 – Proceeding against a Body or Officer
- ○ Election Law
- ○ Extreme Risk Protection Order
- ○ MHL Article 9.60 – Kendra's Law
- ○ MHL Article 10 – Sex Offender Confinement (specify):  ○ Initial   ○ Review
- ○ MHL Article 81 (Guardianship)
- ○ Other Mental Hygiene (specify): _____
- ○ Other Special Proceeding (specify): _____

### STATUS OF ACTION OR PROCEEDING    Answer YES or NO for every question and enter additional information where indicated.

| | YES | NO | |
|---|:---:|:---:|---|
| Has a summons and complaint or summons with notice been filed? | ◉ | ○ | If yes, date filed: 05/02/2022 |
| Has a summons and complaint or summons with notice been served? | ◉ | ○ | If yes, date served: 05/19/2022 |
| Is this action/proceeding being filed post-judgment? | ○ | ◉ | If yes, judgment date: _____ |

### NATURE OF JUDICIAL INTERVENTION    Check one box only and enter additional information where indicated.

- ○ Infant's Compromise
- ○ Extreme Risk Protection Order Application
- ○ Note of Issue/Certificate of Readiness
- ○ Notice of Medical, Dental or Podiatric Malpractice    Date Issue Joined: _____
- ○ Notice of Motion    Relief Requested: _____    Return Date: _____
- ○ Notice of Petition    Relief Requested: _____    Return Date: _____
- ○ Order to Show Cause    Relief Requested: _____    Return Date: _____
- ○ Other Ex Parte Application    Relief Requested: _____
- ○ Partition Settlement Conference
- ○ Poor Person Application
- ◉ Request for Preliminary Conference
- ○ Residential Mortgage Foreclosure Settlement Conference
- ○ Writ of Habeas Corpus
- ○ Other (specify): _____

**RELATED CASES** – List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES**          For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided.
If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties<br>List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | Attorneys and Unrepresented Litigants<br>For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | Issue Joined<br>For each defendant, indicate if issue has been joined. | Insurance Carriers<br>For each defendant, indicate insurance carrier, if applicable. |
|---|---|---|---|---|
| ☐ | Name: Freddy Fiengo<br>Role(s): Plaintiff ▼ | Mirman, Markovits & Landau, P.C., 291 Broadway, 6th Floor, New York, N.Y. 10007 (212) 227-4000 www.mirmanlawyers.com | ◉ YES  ○ NO | |
| ☐ | Name: Starbucks Corp.<br>Role(s): Defendant ▼ | Goldberg Segalla, LLP, 665 Main Street, Buffalo, N.Y. 14203 (716) 566-5400 | ◉ YES  ○ NO | unknown at this time |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES  ○ NO | |

I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.

Dated: __06/24/2022__

_____          Signature

__1670215__          **Thomas P. Markovits, Esq.**
Attorney Registration Number          Print Name